**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Demetrius Lydell BRYANT,
Defendant-Appellant.**

**No. 17-6568**

United States Court of Appeals,
Fourth Circuit.

Submitted: December 19, 2017

Decided: December 22, 2017

Louis C. Allen, Acting Federal Public Defender, Greensboro, North Carolina, Eric J. Brignac, Assistant Federal Public Defender, OFFICE OF THE PUBLIC DEFENDER, Raleigh, North Carolina, for Appellant. John Stuart Bruce, United States Attorney, Jennifer P. May-Parker, First Assistant United States Attorney, Phillip A. Rubin, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before GREGORY, Chief Judge, and WILKINSON and SHEDD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Lydell Bryant appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bryant*, Nos. 5:05-cr-00221-FL-1; 5:16-cv-00311-FL, 2017 WL 1458722 (E.D.N.C. Apr. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*